RECEIPT NUMBER
527658

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

PHILIP PEAKE,
     Plaintiff,

V

NATIONAL CITY BANK OF MICHIGAN,
     Defendant.
     _____/

JUDGE : Hood, Denise Page
DECK : S. Division Civil Deck
DATE : 06/24/2005 @ 13:19:54
CASE NUMBER : 2:05CV72520
CMP PHILIP PEAKE V. NATL CITY
BANK  (DA)

Richard A. Meier (P38204)
Attorney for the Plaintiff
30300 Northwestern Highway, Ste. 320
Farmington Hills, Michigan 48334
(248) 932-3500
_____/

## COMPLAINT
## AND
## JURY DEMAND

Now comes the Plaintiff by and through his attorney and states:

### JURISDICTION

1. This court has jurisdiction under 28 USC 1331 and 42 USC 2000 e-5(f)(3).

2. Plaintiff has exhausted his administrative remedies and obtained a Right to Sue letter from the EEOC.

### PARTIES

3. Plaintiff is an African American male who resides in the County of Wayne, State of Michigan.

1

4. Defendant National City Bank of Michigan is an interstate bank that conducts business in the State of Michigan, County of Wayne.

## COUNT 1 – VIOLATION OF TITLE VII

5. Plaintiff repeats and realleges paragraphs 1 through 1 as if fully set forth herein verbatim.

6. Plaintiff is an African American, a protected class under Title VII.

7. On May 5, 2003 the plaintiff was hired by former manager Steve Peacock for the position of Small Business Banking Officer.

8. The primary role of the Small Business Banking Officer is to increase both business loans and deposits in assigned territories.

9. The plaintiff was assigned to branches in the City of Detroit.

10. Plaintiff was paid on a salary and commission basis.

11. Defendant, by and through its agents failed to support the plaintiff in closing business loans for business applicants from the City of Detroit while identical credit worthy business applicants outside the City of Detroit were supported for non-black Small Business Bank Officers of defendant.

12. Defendant, by and through its agents disciplined the plaintiff for lack of production despite the fact that plaintiff lost loans he had secured but could not close due to disparate treatment of support.

13. Title VII prohibits discrimination based on race.

14. Defendant has violated Title VII by treating plaintiff differently that white Small Business Bank Officers in a term or condition of employment.

15. As a direct and proximate result of said discrimination plaintiff has suffered damages, including, but not limited to lost commissions, loss of reputation and emotional damages.

WHEREFORE, Plaintiff prays for a judgment in his favor and against defendant in an amount established by the proofs, together with interest, cost and attorney fees.

### COUNT 2 – RETALIATION

16. Plaintiff repeats and realleges paragraphs 1 through 15 as if fully set forth herein verbatim.

17. On or about October 13, 2004 the plaintiff spoke to upper management at National City Bank and opposed the fact that he was being denied support in closing loans in the City of Detroit.

18. In 2003, according to data provided under the Community Reinvestment Act (CRA) and the Small Business Administration (SBA), National City Bank generated 1922 small business loans in the Detroit MSA, but only 60 or 3.15% of these loans were in the City of Detroit. In 2003, National City Bank generated 350 SBA loans in Michigan totaling $30,223,000, but only 3.82% were to businesses in the City of Detroit.

19. Plaintiff opposed discrimination based on race by defendant in funding loans in the City of Detroit. The Equal Credit Opportunity Act (ECOA) prohibits discrimination in any aspect of a credit transaction. It applies to any extension of credit, including extensions of credit to small businesses, corporations, partnerships and trusts.

20. Defendant retaliated against plaintiff for opposing said discrimination by terminating plaintiff on April 22, 2005.

21. Federal law prohibits retaliation against an individual who has opposed discrimination.

22. As a direct and proximate result of said retaliation plaintiff has suffered damages, including, but not limited to lost wages, lost benefits and emotional damages.

WHEREFORE, Plaintiff prays for a judgment in his favor and against defendant in an amount established by the proofs, together with interest, costs and attorney fees.

Respectfully submitted,

Richard A. Meier

Dated: June 7, 2005

## JURY DEMAND

NOW COMES the Plaintiff and demands trial by jury.

Respectfully submitted,

Richard A. Meier

Dated: June 7, 2005

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

County in which this action arose: **Wayne**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Philip Peake

**DEFENDANTS**
National City Bank of Michigan

(b) County of Residence of First Listed Plaintiff: **Oakland**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Wayne**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Richard A. Meier
30300 Northwestern Hwy #20 F.H MI

Attorneys (If Known): DPH/72520/VMM

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | [X] 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title VII

Brief description of cause:
Discrimination

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: June 9, 2005
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?   ☐ Yes   ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes   ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :