UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILIP PEAKE

        Plaintiff,

                              Case No. 2:05-CV-72520
v.                              Judge Denise Page Hood

NATIONAL CITY BANK OF MICHIGAN,

        Defendant.
_____/

**VERDICT FORM**

    Do you find from a preponderance of the evidence:

    1.    That Plaintiff was discharged from employment by Defendant in retaliation for opposing an unlawful practice prohibited by Title VII?

    Answer Yes or No    NO   

Note:  If you answered "No" to Question No. 1 you need not answer the remaining questions.

    2.    That Plaintiff should be awarded back pay damages?

    Answer Yes or No _____.

Note:  If your answer is "yes" in what amount?  $_____.

    3 (a).    That a higher management official of Defendant acted with malice or reckless indifference to the Plaintiff's legal right to oppose employment discrimination?

    Answer Yes or No _____

    (b).    If your answer is ''Yes," that Defendant itself had not acted in a good faith attempt to comply with the law by adopting policies and procedures designed to prohibit such action?

    Answer Yes or No _____

      (c)      If your answer is "Yes," what amount of punitive damages, if any, should be assessed against Defendant?  $_____.

**Dated: 10/16/08**                                          **S/Jury Foreperson**
                                                             **In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.**