UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILIP PEAKE

        Plaintiff,

                          Case No. 2:05-CV-72520
                          Judge Denise Page Hood

v.

NATIONAL CITY BANK OF MICHIGAN,

        Defendant.
_____/

## JUDGMENT

This action having come before the Court and a jury, the issues having been duly tried and the jury having duly rendered its verdict on October 16, 2008,

Accordingly,

Judgment is entered in favor of Defendant and against Plaintiff of no cause of action.

                                      DAVID J. WEAVER
                                      CLERK OF COURT

Approved:                          By:   S/Lisa Ware

                      S/Denise Page Hood
                      Denise Page Hood
                      United States District Judge

Dated: October 16, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 16, 2008, by electronic and/or ordinary mail.

                      S/Lisa Ware for William F. Lewis
                      Case Manager