UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILIP PEAKE

        Plaintiff,

                                  Case No. 2:05-CV-72520
                                  Judge Denise Page Hood

v.

NATIONAL CITY BANK OF MICHIGAN,

        Defendant.
_____/

## ORDER DENYING DEFENDANT'S ORAL RULE 50 MOTION FOR JUDGMENT AS A MATTER OF LAW
## AND
## GRANTING AND DENYING IN PART DEFENDANT'S MOTION TO BAR PLAINTIFF'S CLAIM FOR DAMAGES
## AND
## WITHDRAWING DEFENDANT'S MOTION FOR SANCTION

This matter is before the Court on Defendant's Oral Rule 50 Motion for Judgment as a Matter of Law, made October 15, 2008, during the above-captioned jury trial. This matter is also before the Court on Defendant's Motion to Bar Plaintiff's Claims for Damages after July 12, 2006 **[Docket No. 86, filed Oct. 6, 2008]**. This matter is also before the Court on Defendant's Motion for Sanctions **[Docket No. 81, filed July 3, 2008]**.

For the reasons stated in the record on October 16, 2008,

**IT IS ORDERED** that Defendant's Oral Rule 50 Motion for Judgment as a Matter of Law is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Bar Plaintiff's Claim for Damages after July 12, 2006 **[Docket No. 86, filed Oct. 6, 2008]** is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** the Defendant's Motion for Sanctions **[Docket No. 81, filed July 3, 2008]** is **WITHDRAWN**.

        S/Denise Page Hood
        Denise Page Hood
        United States District Judge

Dated: October 24, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 24, 2008, by electronic and/or ordinary mail.

        S/Lisa Ware for William F. Lewis
        Case Manager